# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

Blue Four Door, 2000 Dodge Neon
(VIN) 1B3ES46CXYD692332
North Carolina License Plate VSD-5100

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

CASE NUMBER:

(Further described below)

I ___Steve Mamley___ being duly sworn depose and say:

I am a(n) ___Officer with the MPD/MNB___ and have reason to believe
(Official Title)
that ☐ on the person of or ☒ on the property or premises known as (name, description and or location)
Blue Four Door, 2000 Dodge Neon, (VIN) 1B3ES46CXYD692332
North Carolina License Plate VSD-5100

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)
**See attached affidavit is support of this search warrant**

which is (state one or more bases for search and seizure set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)
**See attached affidavit is support of this search warrant**

concerning a violation of Title __21__ United States Code, Section(s) __846(b)((1)(B)__. The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.    ☒ YES    ☐ NO

Arvind Lal
Organized Crime and Narcotics Trafficking
(202) 353-8833

Signature of Affiant
Steve Manley, Major Narcotics Branch
Metropolitan Police Department

Sworn to before me, and subscribed in my presence

at Washington, D.C.

_____
Date

_____
Name and Title of Judicial Officer

_____
Signature of Judicial Officer